| State of Iowa | ) | |
|---|---|---|
| | )SS | |
| County of Linn | ) | |

11-MC-39-JSS

THROUGH THE NOTARY PUBLIC
TODD J. KNUTSON, NOTARY
40 SOUTH 7TH STREET SUITE 212-156
MINNEAPOLIS, MINNESOTA 55402
PHONE: 612-251-1041

## MISCELLANEOUS FILE COVER SHEET
### (Not a Case)

**For filing and indexing documents not in a pending case or proceeding in which a fee has been paid ($39.00) issued in accordance with 28 U.S.C. § 1914 (b).**

### Equality under the Law is Paramount and Mandatory

TO: **UNITED STATES FEDERAL DISTRICT COURT**
   **NORTHERN DISTRICT OF IOWA, OFFICE OF THE CLERK**
   **c/o ROBERT PHELPS, CLERK,**
   **& BRYAN J BLOUGH, CLA**
   **4200 C STREET SOUTH WEST**
   **CEDAR RAPIDS, IOWA  52404**

Plaintiff/Filer: Blessings of Liberty
(A Private Organization, A Private Contract Trust)
3109 West 50th Street #314
Minneapolis, Minnesota [55410]

RECEIVED   APR 2 5 2011

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and seal of said Court this 25th day of April , 20 11

Robert L Phelps, Clerk

By _____
                     Deputy

Notice to the Clerk:

This Miscellaneous file is being opened to file Federal level recordings and index time sensitive documents and records in the event a Case or Cases is needed to be filed at a future date. Holding documents for access, certification and verification without interference that may need to be view by interested parties now or in the future in this matter is paramount. (Federal Rules of Evidence 803 (6))

Please Notice: For the purpose of the Administrative Record, and at the request of Blessings of Liberty, (A Private Organization, A Private Contract Trust) It's General Manager, Authorized Representative, Thomas Wayne Eilertson, please send all correspondences, receipts and pertinent file information, indexing numbers

ect., questions or inquiries regarding this file through Me, Todd J. Knutson the Notary Public, as I am authorized to accept these types services on behalf of: Blessings of Liberty (A Private Organization, A Private Contract Trust) for this Miscellaneous file.

WITNESS my hand and official seal,

By: _____        Date _April 22nd 2011_
  Notary Public, Todd J. Knutson
  Void where prohibited by law

My commission expires ___January 31st 2015___   **SEAL**

> TODD JUSTIN KNUTSON
> Notary Public
> Minnesota
> My Comm. Expires
> Jan 31, 2015

  Without Prejudice,

  _____
  BY, :Thomas-Wayne: Eilertson, General Manager
  Blessings of Liberty, (A Private Organization, A Private Contract Trust)
  3109 WEST 50TH STREET, SUITE 314
  MINNEAPOLIS, MINNESOTA [55410]
  Email: blessingsofliberty.gm@gmail.com
  Phone: 1-218-245-1013

**Jurat**

Minnesota state )
               ) ss
Hennepin county)

Subscribed, affirmed and Sworn before me _Chad Letvin_____, A Notary Public, on this _22nd_ day of _April_____, A.D. 2011, By: Todd J. Knutson, Notary Public and, BLESSINGS OF LIBERTY (A Private Organization, A Private Contract Trust), By: Thomas Wayne Eilertson, It's General Manager, whose autograph and seal appear above did provide satisfactory evidence of identity. WITNESS my hand and Official Seal.

_____
              Notary              **SEAL**

My commission expires_ 1 / 31 / 2015 _

> Chad Letvin
> Notary Public
> Minnesota
> Commission #31038061
> My Commission Expires 01/31/2015

Drafted By:
Blessings of Liberty, (A Private Organization, A Private Contract Trust)
3109 West 50th Street, Suite 314, Minneapolis, Minnesota [55410]

# DISTRICT COURT
# MISCELLANEOUS FEE SCHEDULE

eff. 06/01/2004

### District Court Miscellaneous Fee Schedule[1]

Following are fees to be charged for services provided by the district courts. No fees are to be charged for services rendered on behalf of the United States, with the exception of those specifically prescribed in items 2, 4 and 5. No fees under this schedule shall be charged to federal agencies or programs which are funded from judiciary appropriations, including, but not limited to, agencies, organizations, and individuals providing services authorized by the Criminal Justice Act, 18 U.S.C. § 3006A, and Bankruptcy Administrator programs.

(1) For filing or indexing any document not in a case or proceeding for which a filing fee has been paid, $39.

(2) For every search of the records of the district court conducted by the clerk of the district court or a deputy clerk, $26 per name or item searched. This fee shall apply to services rendered on behalf of the United States if the information requested is available through electronic access.

(3) For certification of any document or paper, whether the certification is made directly on the document or by separate instrument, $9. For exemplification of any document or paper, twice the amount of the fee for certification.

(4) For reproducing any record or paper, $.50 per page. This fee shall apply to paper copies made from either: (1) original documents; or (2) microfiche or microfilm reproductions of the original records. This fee shall apply to services rendered on behalf of the United States if the record or paper requested is available through electronic access.

(5) For reproduction of recordings of proceedings, regardless of the medium, $26, including the cost of materials. This fee shall apply to services rendered on behalf of the United States, if the reproduction of the recording is available electronically.

(6) For each microfiche sheet of film or microfilm jacket copy of any court record, where available, $5.

(7) For retrieval of a record from a Federal Records Center, National Archives, or other storage location removed from the place of business of the court, $45.

(8) For a check paid into the court which is returned for lack of funds, $45.

(9) For an appeal to a district judge from a judgment of conviction by a magistrate in a misdemeanor case, $32.

(10) For original admission of attorneys to practice, $150 each, including a certificate of admission. For a duplicate certificate of admission or certificate of good standing, $15.

(11) The court may charge and collect fees commensurate with the cost of providing copies of the local rules of court. The court may also distribute copies of the local rules without charge.

(12) The clerk shall assess a charge for the handling of registry funds deposited with the court, to be assessed from interest earnings and in accordance with the detailed fee schedule issued by the Director of the Administrative Office of the United States Courts.

(13) For filing an action brought under Title III of the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996, P.L. 104-114, 110 Stat. § 785 (1996), $5,431. (This fee is in addition to the filing fee prescribed in 28 U.S.C. 1914(a) for instituting any civil action other than a writ of habeas corpus.)

[1]Issued in accordance with 28 U.S.C. § 1914.



**Clerk's Office**

United States District Court
Northern District of Iowa



### Court Fees and Costs

| | |
|---|---|
| Civil Case - New Complaint & Removal | $350.00 |
| Registering Judgment & Miscellaneous Filing Fee | $39.00 |
| Writ of Habeas Corpus | $5.00 |
| Appeal | $455.00 |
| Misdemeanor Appeal | $32.00 |
| Attorney Admission | $150.00 |
| Continuing Legal Education | $50.00 |
| Pro Hac Vice | $75.00 |
| Certificate of Good Standing Admission Certificate (re-issue) | $15.00 |
| Reproduction Fees (paper) | $.50 per page |
| Reproduction Fees (Tape Recordings) | $26.00 |
| Certification Fee | $9.00 |
| Search of Records | $26.00 |
| Retrieval Fee (file from Records Center) | $45.00 |
| Fee for Check Returned by Bank for Lack Of Funds | $45.00 |
| Verification of Citizenship (plus $26.00 Search Fee, if applicable) | $9.00 |
| Exemplification Fee (per document) | $18.00 |
| Reproduction Fees (CM-ECF) | $.10 per page |
| Microfilm/Microfiche of Court Record | $5.00 |

1

RECEIVED APR 2 5 2011

---

State of Iowa   )
                )ss
County of Linn)

**THROUGH THE NOTARY PUBLIC**
**TODD J. KNUTSON, NOTARY**
**40 SOUTH 7TH STREET SUITE 212-156**
**MINNEAPOLIS, MINNESOTA 55402**

**TO: UNITED STATES FEDERAL DISTRICT COURT**
    **DISTRICT OF IOWA, EIGHTH CIRCUIT**
    **ROBERT L. PHELPS, CLERK OF COURT**
    **& BRYAN J. BLOUGH, CLA**
    **4200 C STREET SOUTHWEST**
    **CEDAR RAPIDS, IOWA 52404**

**RE: Opening: MISCELLANEOUS DOCUMENT FILE**
    **[Plaintiff/Filer]: Blessings of Liberty,**
    **(A Private Organization)**
    **3109 WEST 50TH STREET, SUITE 314**
    **MINNEAPOLIS, MINNESOTA [55410]**

 **VERIFIED PRESENTMENT UNDER NOTARY SEAL**

*[WITHIN THE ADMIRALTY IN THE NATURE OF 28 U.S.C.1333,1337]*

**Notice to Agents is Notice to Principals, Notice to Principals is Notice to Agents**

**Equality under the Law is Paramount and Mandatory**

**VERIFIED NOTICE TO THE PUBLIC WITHIN THE ADMIRALTY, IN THE**
**NATURE OF NOTICE OF FILING WITH THE U.S. DISTRICT COURT WITH**
**RESPECT TO FEDERAL RULES OF EVIDENCE ARTICLE IX RULE 902,**
**FEDERAL RULES OF CIVIL PROCEDURE RULE 11 (a)(b),**
**AND [28 U.S.C. 1914 (b)] UNDER NOTARY SEAL**

Page 1 of 4

**Dear Mr. Robert L Phelps, Clerk of Court,**

As is your purview and your obligation as a public servant, please deposit filing fee tender of $39.00 and remit miscellaneous file number for indexing documents in the name of Blessings of Liberty, (A Private Organization, A Private Contract Trust) [as Plaintiff / Filer]. Jurisdiction is Admiralty, venue as the eighth circuit is proper due to issues in admiralty in  (to receive admiralty documents) international and interstate commercial claims in estoppel from within the circuit.

I, Todd J. Knutson, Notary, have been contacted by, BLESSINGS OF LIBERTY, (A Private Organization, A Private Contract Trust) from outside the United States (within the Admiralty) for the purpose of making public record and filing documents into a Federal Miscellaneous file under Notary Seal. This shall not be confused with opening a case, as the needed function of this file is to record and index documents as stated in accordance with the fee schedule under name, (Miscellaneous Filing Fee), and description (For filing or indexing any document that is not related to a pending case or proceeding) in accordance with [28 U.S.C. 1914 (b)], Miscellaneous Fee Schedule, with respect to Federal Rules of Evidence Rule 902; (Self Authenticating Documents), as it will be necessary for the filing and indexing, of time sensitive documents that require a stamp from your office for certification, and to create an independent document record for further public viewing and the recordings thereby supported. (Federal Rules of Evidence 803 (6))

Therefore, In accordance with the fee schedule under name, (Miscellaneous Filing Fee), and description (For filing any document that is Not related to a pending case or proceeding), please accept $39.00 tender of payment for said file and fee, and $14.00 ( $9.00 certification and 0.50 cents per page) for a certified copy of document entitled "Verified Affidavit of Public Recordings (opening Document to file/index)". Please send this and all applicable return correspondence regarding this Miscellaneous file and the file Identification information, payment receipt, and certification of the documents filed and or indexed, and any pertinent procedural

information through me, a Notary Public, at the address location herein listed. Thank you for your assistance.

**NOTICE:** This observation in facilitation of filing shall Not be deemed a power of Attorney, the practice of law, or the entrance of evidence ["without notice"] with respect to FRCP 902 (11)(12).

WITNESS my hand and official seal,

By: _____   Date *April 22ᴺᴰ 2011*

  Notary Public, Todd J. Knutson
  Void where prohibited by law

My commission expires *January 31ˢᵗ 2015*   SEAL

> TODD JUSTIN KNUTSON
> Notary Public
> Minnesota
> My Comm. Expires
> Jan 31, 2015

Without Prejudice,

By: _____.
By, :Thomas-Wayne: Eilertson, It's General Manager,
Blessings of Liberty, (A Private Organization, A Private Contract Trust)
3109 WEST 50TH STREET, SUITE 314
MINNEAPOLIS, MINNESOTA [55410]
Email: blessingsofliberty.gm@gmail.com
Phone: 1-218-245-1013

**Jurat**

Minnesota state )
        ) ss
Hennepin county)

Subscribed, Affirmed and Sworn to before me, *Chad Letvin*          , A Notary Public, on this *22nd* day of *April*          , A.D. 2011, By: Todd J. Knutson, Notary Public and BLESSINGS OF LIBERTY (A Private Organization, A Private Contract Trust), By: Thomas Wayne Eilertson, It's General Manager, whose autographs and seal appears above did provide satisfactory evidence of identity. WITNESS my hand and Official Seal.

_____
           Notary          SEAL

> Chad Letvin
> Notary Public
> Minnesota
> Commission #31038951
> My Commission Expires 01/31/2015

My commission expires *1/31/2015*

Page 3 of 4

This document drafted by:
Todd J. Knutson, Notary Public
40 South 7th Street, Suite 156-212
Minneapolis, Minnesota 55402
Phone: 612-251-1041

**UNITED STATES FEDERAL DISTRICT COURT**
**DISTRICT OF IOWA, EIGHTH CIRCUIT**
**ROBERT L. PHELPS, CLERK OF COURT**
**& BRYAN J. BLOUGH, CLA**
**4200 C STREET SOUTHWEST**
**CEDAR RAPIDS, IOWA 52404**

RECEIVED APR 2 5 2011

ATT: CLERK

Per Request, please send ASAP, One Certified Copy with Receipt(s) of Document Filed in Miscellaneous File Named: VERIFIED AFFIDAVIT OF PUBLIC RECORDINGS, 10 Pages

Attached is $14.00 Money Gram, Money Order #R103892818458 per fee sheet.

SEND TO:
**TODD J. KNUTSON, NOTARY PUBLIC**
**40 SOUTH 7TH STREET SUITE 212-156**
**MINNEAPOLIS, MINNESOTA 55402**
**612-251-1041**

TODD JUSTIN KNUTSON
Notary Public
Minnesota
My Comm. Expires
Jan 31, 2015

**Thank You.**

Todd J Knutson, Notary Public

Date: _APRIL 22m 2011_



### Clerk's Office

United States District Court
Northern District of Iowa



## Court Fees and Costs

| | |
|---|---|
| Civil Case - New Complaint & Removal | $350.00 |
| Registering Judgment & Miscellaneous Filing Fee | $39.00 |
| Writ of Habeas Corpus | $5.00 |
| Appeal | $455.00 |
| Misdemeanor Appeal | $32.00 |
| Attorney Admission | $150.00 |
| Continuing Legal Education | $50.00 |
| Pro Hac Vice | $75.00 |
| Certificate of Good Standing Admission Certificate (re-issue) | $15.00 |
| Reproduction Fees (paper) | $.50 per page |
| Reproduction Fees (Tape Recordings) | $26.00 |
| Certification Fee | $9.00 |
| Search of Records | $26.00 |
| Retrieval Fee (file from Records Center) | $45.00 |
| Fee for Check Returned by Bank for Lack Of Funds | $45.00 |
| Verification of Citizenship (plus $26.00 Search Fee, if applicable) | $9.00 |
| Exemplification Fee (per document) | $18.00 |
| Reproduction Fees (CM-ECF) | $.10 per page |
| Microfilm/Microfiche of Court Record | $5.00 |

j

RECEIVED APR 2 5 2011

Iowa state      )
                )ss
Linn county     )

**THROUGH THE NOTARY PUBLIC**
**TODD J. KNUTSON, NOTARY**
**40 SOUTH 7TH STREET SUITE 212-156**
**MINNEAPOLIS, MINNESOTA 55402**

**TO: UNITED STATES FEDERAL DISTRICT COURT**
   **DISTRICT OF IOWA, EIGHTH CIRCUIT**
   **ROBERT L. PHELPS, CLERK OF COURT & BRYAN J BLOUGH, CLA**
   **4200 C STREET, SW**
   **CEDAR RAPIDS, IA 52404**

**RE: MISCELLANEOUS DOCUMENT FILE**
   **Presented UNDER NOTARY SEAL**
   **For: [Plaintiff/Filer]: Blessings of Liberty,**
   **(A Private Organization, A Private Contract Trust)**
   **3109 WEST 50TH STREET, SUITE 314**
   **MINNEAPOLIS, MINNESOTA [55410]**

 **VERIFIED AFFIDAVIT OF PUBLIC RECORDINGS**

*[WITHIN THE ADMIRALTY IN THE NATURE OF 28 U.S.C.1333,1337]*
Equality Under the Law is Paramount and Mandatory

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**

**This  Affidavit of Truth document  is to be Indexed and filed In Miscellaneous file opened in the name of: Blessings of Liberty (A Private Organization, A Private Contract Trust) [ to hold documents for Federal level recording in the event a case or cases is to be filed at a later date. ]**

I, Thomas Wayne Eilertson, General Manager for: Blessings of Liberty (A Private Organization, A Private Contract Trust) hereby state that the following Recorded Commercial Affidavits of Truth and Commercial Instruments and other related documents have been served through, Todd J. Knutson, Notary Public for the purpose of Administrative Process and exist as evidence and notice pursuant to (FRCP 902 (11)(12)) and Notary service on the face of said documents which are supported by verified Affidavits of Service from said Notary.

To this date the parties served have declined to respond to the evidence and notice as stipulated, or rebut the points in the Commercial Affidavits of Truth and other documents served to them as stipulated. The parties served these documents have been Noticed to respond only through the Notary Witness, Todd J Knutson in writing only, as required, signed in wet blue ink upon their full commercial liability bond, witnessed, verified notarized in Affidavit Format only as stipulated in the documents recorded and served to them.

**Please Note:** Many of the Commercial Affidavits of Truth and other related documents which provide specific information detail to the events, dates, acts, actions or failure to act is available and recorded in the public record. Some of the recorded documents and additional documents may be served into this miscellaneous file as deemed necessary for the filing and indexing due to the number of parties who have agreed to be liable on these contracts by their acts, actions or failure to act. This document shall be filed in this miscellaneous file for: **Plaintiff/Filer: BLESSINGS OF LIBERTY (A Private Organization, A Private Contract Trust).**

The Following Commercial Instruments and Affidavits of Truth Documents are recorded at the Anoka County Recorders Office Abstract/ Miscellaneous Filings, Anoka Minnesota, unless otherwise noted, detail the nature of the documents as verified evidence and proof of claim demands pursuant to Administrative procedures and the verified waiver of tort contained therein.

1.) Affidavit of Truth Doc No. 2011552.001- Record ID 2261663, Recorded on: 11-19-2009 Commercial Affidavit of Truth with the following * Document(s) which are also recorded as Exhibits in Doc No. 2011552.001, Record ID 11-19-2009, including Verifications of Services, Documentation & Other Exhibits.  1.) - A through  1.) - FF

1.) - A.) * Doc No. 2008963.003- Record ID 2224025, Recorded on: 07-20-2009: (MERS) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a DE Corporation (Agents and Principals), (verified evidence and proof of claim request)

1.) - B.) * Doc No. 2008963.001- Record ID 2224014, Recorded on: 07-20-2009: Mortgage & Investment Consultants, Inc., (Agents and Principals), (verified evidence and Proof of claim request)

1.) - C.) * Doc No. 2008650.004- Record ID 2219050, Recorded on: 07-06-2009: Bank of America, LP., BAC Home Loan Servicing, (Agents and Principals), (verified evidence And proof of claim request)

1.) - D.) * Doc No. 2009442.002- Record ID 2231146, Recorded on: 08-10-2009: Bank of America LP, BAC Home Loan Servicing, (Agents and Principals)

1.) - E.) * Doc No. 2011126.001- Record ID 2255687, Recorded on: 10-30-2009: BAC Home Loan Servicing, Bank of America, Marla Kochevar, (Agents and Principals)

1.) - F.) * Doc No. 2008963.002- Record ID 2224024, Recorded on: 07-20-2009: Countrywide Home Loan Servicing, (Agents and Principals)

1.) - G.) * Doc No. 2008963.005- Record ID 2224033, Recorded on: 07-20-2009: GMAC MORTGAGE, LLC, (Agents and Principals)

1.) - H.) * Doc No. 2009054.001- Record ID 2225647, Recorded on: 07-23-2009: Mortgage It & Deutsche Bank, (Agents and Principals)

1.) - I.) * Doc No. 2008963.004- Record ID 2224030, Recorded on: 07-20-2009: National City Bank, National City Warehouse Resources, PNC Group, (Agents and Principals);

1.) - J.) * Doc No. 2009334.001- Record ID 2229614, Recorded on: 08-05-2009: Steven Harry Bruns, Peterson Fram & Bergman, P,A., Bank of America LP, BAC Home Loan Servicing, (Agents and Principals);

1.) - K.) * Doc No. 2010420.003- Record ID 2246786, Recorded on: 09-27-2009: (Steven Harry Bruns, Peterson Fram & Bergman, BAC Home Loan Servicing, Bank of America, LP Agents and Principals);

1.) - L.) * Doc No. 2011019.002- Record ID 2254567, Recorded on: 10-26-2009: Steven H Bruns, Peterson Fram & Bergman, Bank of America, BAC Hone Loan Servicing, (Agents and Principals);

1.) - M.) * Doc No. 2010420.005- Record ID 2246792, Recorded on: 09-27-2010: Finance & Commerce Media Group & Carrie Retzack, (Agents and Principals);

1.) - N.) * Affidavits of Truth: 0762182 and 0762183, Recorded on: 04-09-2009 Doc No. 0765754, Recorded on: 06-16-2009, Recorded at the Crow Wing County Recorders Office, Brainerd Minnesota;

1.) - O.) * Doc No. 2010420.002- Record ID 2246779, Recorded on: 09-27-2009;

1.) - P.) * Doc No. 2010485.001- Record ID 2247951, Recorded on: 09-30-2009;

1.) - Q.) * Doc No. 2011097.001- Record ID 2255371, Recorded on: 10-28-2009;

1.) - R.) * Doc No. 2011201.002- Record ID 2256636, Recorded on: 11-02-2009;

1.) - S.) * Doc No. 2011171.005 - Record ID 2256462, Recorded on: 11-02-2009;

1.) - T.) * Doc No. 2011171.004 - Record ID 2256455 Recorded on: 11-02-2009;

1.) - U.) * Certificate of Title 1144337, [ROBO Signing & unlawful fraudulent conveyance to foreclose] Doc No: T4683585 & T4683585 Recordings by: Steven Harry Bruns,

Peterson Fram & Bergman, P.A. as Collector, then Vice President for Mortgage Electronic Registration Systems, A.K.A. MERS, (a DE Corporation), and Nominee for: Mortgage & Investment Consultants. Inc., (a MN Corp) Attorney for Bank of America, BAC Home Loan Servicing, LP., BAC GP, LLC., Countrywide Home Loans Servicing; Recorded at the Hennepin County Recorders Office and Registrar of Titles Torrens Property Records, Hennepin County, Minnesota.

1.) - V.) * Revocation of Power of Attorney: Doc No T4696061, Recorded on: 10-19-2009; Recorded at the Hennepin County Recorders Office and Registrar of Titles Torrens Property Records, Hennepin County, Minnesota.

1.) - W.) * Revocation of Power of Attorney: (Correction of Date) Doc No T4701773, Recorded on: 11-05-2009; Recorded at the Hennepin County Recorders Office and Registrar of Titles Torrens Property Records, Hennepin County, Minnesota.

1.) - X.) * Photo Copy of document (Not an Original nor Certified or Verified);

1.) - Y.) * Copies of Emails;

1.) - Z.) * RESPA Servicing (Section 6 of RESPA (12 U.S.C.2605) The many different Sale(s) or Transfers on February 27, 2007 from MORTGAGE & INVESTMENT CONSULTANTS, INC., (a MN Corp.) St Paul, Minnesota, who was still recorded on Title Certificate 1144337 with MORTGAGE ELECTRONIC REGISTRATION SYTEMS INC., (a DE Corp) 30 days later By Excel Title LLC., (a MN Corp), Several different Payment slips and Places to send first payment all included in closing documents on February 27, 2007 stating Sold To:

Sold To:

MORTGAGE IT, INC., Loan Number: 291518-2484,

33 MAIDEN LANE, NEW YORK, NEW YORK 10038

And To:

MORTGAGEIT, INC., a Division of DEUTSCHE BANK

NCWR# 6003336332, PREVOIUS LOAN ID 291518-2484 NEW: Loan ID 6003336322

4850 T REX AVENUE SUITE 100, BOCA RATON, FLORIDA 33431

And To:

GMAC MORTGAGE, LLC., Loan Number: 40775934,

CORAPOLIS, PENNSLYANIA 15108-6942,

Account Loan Number: 0713264365,

3451 HAMMOND AVENUE P.O. BOX 780 WATERLOO, IOWA 50704-0780
And To:

NATIONAL CITY WAREHOUSE RESOURCES, (A Division of National City Bank, PNC Group)

309 VINE STREET MS 25-C172D INTERIM SERVICING DEPT., CINCINNATI, OH 45202 NCWR# 6003336332, PREVOIUS LOAN ID 291518-2484 NEW Loan ID 6003336322

[Later more Parties came forth alleging rights (sold and/or transferred, mortgage/note? ect.) RE: Legal description: Lot 13, Block 1 "Lake View Terrace Addition to Minneapolis, Hennepin County Minnesota. To this date these parties have refused to answer to or rebut any of the affidavits of truth or commercial Documents served to them, their Agents, Actors or Principals as stipulated. To include: Countrywide, Countrywide Home Loans servicing and Bank of America, LP and BAC HOME LOAN SERVICING, LP, (a Texas Corp); BAC GP, LLC, (a New York Corp) Micall Bachman, Vice President, Peterson Fram & Bergman, P.A., Steven Harry Bruns, Michael T Oberle, Jonathan Cuskey, Tracy Halliday, MORTGAGE & INVESTMENT CONSULTANTS, INC., (a MN Corp.) MORTGAGE ELECTRONIC REGISTRATION SYTEMS INC., (a DE Corp), the REO Results Group, Re/Max, Claude Worrell, Curt Pankratz, Fannie Mae, CEO Michael J Williams and Their Agents and Actors]

1.) - AA.) * Doc No. 2011019.001- Record ID 2254562, Recorded on: 10-26-2009: No Trespass;

1.) - BB.) : Doc No. 2011171.002 Record ID 2256452, Doc No. 2011171.001, Record ID 2256450 & Doc No. 2011201.001, Record ID 2256631;

1.) - CC.) * Offers / Trespasses from Third Parties;

1.) - EE.) * State of Minnesota UCC Financing Statement Filings Recorded at the Hennepin County Recorders Office, Minneapolis Minnesota, Certificate of Title 1144337, Doc Numbers: T4681548, Return the Note T4691464;

And

UCC financing Statements filed at the State of Minnesota Secretary of State UCC Filings office: BANK OF AMERICA, Financing Statement File No. 200917171177; Peterson Fram & Bergman P.A., Financing Statement File No. 200917267097; Steven Harry Bruns, Financing Statement File No. 200917266917; Return the Note Min 1001120-6573867990-7: Financing Statement File No. 200917038028; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS INC., A.K.A. MERS Financing Statement File No. 200917298363; MORTGAGE & INVESTMENT

CONSULTANTS INC., Financing Statement File No. 200917298387; GMAC MORTGAGE, Financing Statement File No. 200917298402; MORTGAGEIT, INC., DEUTSCHE BANK Financing Statement File No. 20091729842; NATIONAL CITY WAREHOUSE RESOURCES, NATIONAL CITY COMMERCIAL CAPITAL. LLC., PNC FINANCIAL SERVICES INC., (NYSE:PNC) Financing Statement File No. 200917298440; COUNTRYWIDE HOME LOANS, INC., Financing Statement File No. 200917298349; FINANCE AND COMMERCE MEDIA GROUP, Financing Statement File No. 200917889257;

And

Doc No. 2009442.001 Record ID 2231141 Recorded at the Anoka County Recorder Office Abstract Property Records;

And

Amendment UCC financing Statements filed at the State of Minnesota Secretary of State UCC Filings office (to Restate Collateral for Initial Financing Statement File No. 200916776341) Financing Statement File No. 20091779551;

And

Business Organizations Inquiry's Listed with the Minnesota Secretary of State, Agents of Record;

1.) - FF.) * Doc No. 2011521.001- Record ID 2261129, Recorded on: 11-03-2009, Stewart Title Guaranty Company, Steven J Tierney & Excel Title LLC, Brian Hoelscher;

**The Following are additional Affidavits Recorded at the Anoka County Recorders Office, Anoka, Minnesota**

2.) Doc No. 2011733.002- Record ID 2263485, Recorded on: 11-30-2009;

3.) Doc No. 2012682.001- Record ID 2278990, Recorded on: 01-19-2010, Metro Legal Service Inc., Daniel Stromberg, Jeffrey Budde (Agents and Principals);

4.) Doc No. 2012852.002, Recorded on: 01-25-2010;

5.) Doc No. 2012852.001- Recorded on: 01-25-2010: Bank of America, BAC Home Loan Servicing, Peterson Fram & Bergman, P.A. Steve Harry Bruns (Agents and Principals);

6.) Doc No. 2010384.002- Recorded on: 09-24-2009: Steven Harry Bruns, Peterson, Fram & Bergman, P.A., & BANK OF AMERICA, LP, BAC HOME LOAN SERVICING

(Agents and Principals);

7.) Doc No. 2009442.001 Record ID 2231141;

**The following Commercial Instruments and Affidavits of Truth Documents are recorded at the Sherburne County Recorders Office, Miscellaneous / Abstract Property Records Elk River, Minnesota**

8.) Doc No. 707707- Recorded on: 02-01-2010;

9.) Doc No. 707708 - Recorded on: 02-01-2010;

10.) Doc No. 707967 - Recorded on: 02-05-2010;

11.) Doc No. 708221 - Recorded on: 02-11-2010, Updated No Trespass Affidavit;

12.) Doc No. 712042 - Recorded on: 04-30-2010;

13.) Doc No. 712498 - Recorded on: 05-10-2010;

14.) Doc No. 714028 - Recorded on: 6-10-2010;

15.) Doc No. 714155 - Recorded on: 06-10-2010, Fannie Mae, Michael J Williams, The REO Group, RE/MAX, Claude Worrell, Curt Pankratz  (Agents and Principals);

16.) Doc No. 714760 - Recorded on: 06-22-2010;

17.) Doc No. 714836 - Recorded on: 06-23-2010, Acceptance of Assignment;

18.) Doc No. 716635 - Recorded on: 08-02-2010;

19.) Doc No. 716636 - Recorded on: 08-02-2010;

20.) Doc No. 718492 - Recorded on: 09-03-2010, Affidavits of Non-Responses;

21.) Doc No. 719235 - Recorded on: 09-17-2010;

22.) Doc No. 720469 - Recorded on: 10-11-2010;

23.) Doc No. 722959 - Recorded on: 11-22-2010;

24.) Doc No. 723684 - Recorded on: 12-07-2010;

25.) Doc No. 723683 - Recorded on: 12-07-2010, Peterson Fram & Bergman P.A., Tracy
Halliday, Steven H Bruns BAC Home Loan Servicing, Bank of America, Fannie Mae
(Agents and Principals);

26.) Doc No. 723685 - Recorded on: 12-07-2010, Affidavit of Truth and Assignment of Rights &
Interest Nunc Pro Tunc;

27.) Doc No 723686, recorded on 12-07-2010;

28.) Doc No 723687, recorded on 12-07-2010;

34.) Doc No. 720469;

29.) Certified Land Patent from the Department of Land Management, 303 Recorded and
certified by Hennepin County Recorder on: 06-08-10 RE: Lot 13, Block 1, "Lake View
Terrace Addition to Minneapolis" Hennepin County, Minnesota granting all property rights
to BLESSINGS OF LIBERTY (A Private Contract Trust) (A Private Organization), Doc No.
T4760688, Existing Cert 1144337 to New Cert 1322529, Recorded at the Hennepin County
Recorders Office, Torrens Property Records, Minneapolis, Minnesota. And filed at The UCC
Filing Office, The Minnesota Secretary of State Initial Filing Number: 201020658869 filed on
06/22/2010 & Amendment(s) Filing Numbers: 20102067430 filed on 06/23/2010 and
201020658869 Amendment Filed on: 06/22/2010;

## NOTICE IN ADMINISTRATIVE PROCESS

**The above referenced Affidavits of Truth and Commercial documents have been served
and accepted by many parties who have voluntarily entered in contracts by their acts
actions or failure to act, and the contracts clearly state that all portions of the contract are
agreed to as well as agreement to upholding in ANY COURT IN AMERICA.  To this date,**

the Record will show, No Proper responses have been received from any of the Parties/Libellee(s) served these documents. All parties have been noticed to direct all of your verified Affidavits, rebuttals and responses through The Notary Public, Todd J. Knutson for accurate record keeping as stipulated in the Commercial Affidavits of Truth Instruments and other Documents. The recorded Commercial Documents above provide additional supporting documentation indicating violations showing in the record at least one or more of the following: [RICO Violations, Counterfeiting, False Claims, Commercial Credit Slander, RESPA / TILA Violations, attempting to collect a debt in violation of the FDCPA ( Fair Debt Collection Practices act) unverified claims, sale of stolen property(s), ROBO signing, abridgement of Constitutional claims, unlawful service of process, Felony Trespass on Private Property, Financial injury without just compensation, unlawful enforcement of fraudulent contracts, perjury, false advertising, false recordings.]

Without Prejudice,

BY: _____

BY, :Thomas Wayne: Eilertson, General Manager
[Plaintiff/Filer] Blessings of Liberty,
(A Private Organization, A Private Contract Trust)
3109 WEST 50TH STREET, SUITE 314
MINNEAPOLIS, MINNESOTA [55410]
Email: blessingsofliberty.gm@gmail.com
Phone:1-218-245-1013

Minnesota state   )
                  )ss          **Jurat**
Hennepin county  )

Subscribed, affirmed, and sworn to before me, TODD JUSTIN KNUTSON a Notary Public, on this 22ⁿᵈ day of April _____ A.D. 2011, The living Man, :Thomas-Wayne: Eilertson., as General Manager for Blessings of Liberty (A Private Organization, A Private Contract Trust), affixing his autograph above, on the basis of satisfactory evidence, WITNESS my hand and Official Seal.

_____
Notary

My commission expires January 31ˢᵗ 2015

SEAL



TODD JUSTIN KNUTSON
Notary Public
Minnesota
My Comm. Expires
Jan 31, 2015

Drafted by:
Blessings of Liberty, (A Private Organization, A Private Contract Trust)
3109 West 50th Street #314 Minneapolis, Minnesota 55410

RECEIVED APR 2 5 2011

State of Minnesota )      **AFFIDAVIT OF SERVICE**
         )ss
County of Hennepin )

This document is to declare that I, Todd J Knutson, a Notary Public Witness,

being first duly sworn upon oath deposes and states that I personally have on this

22nd day of April, 2011, deposit and serve through, UPS SHIPPING SERVICE,

Certified Tracking Number:  **1Z6X576RA893783360**


**Addressed Service To:**
**UNITED STATES FEDERAL DISTRICT COURT**
**NORTHERN DISTRICT OF IOWA, EIGHTH CIRCUIT**
**c/o: ROBERT L. PHELPS, CLERK OF COURT**
**& BRYAN J BLOUGH, CLA**
**4200 C STREET SOUTH WEST**
**CEDAR RAPIDS, IOWA 52404**

**For: Plaintiff /Filer: Blessings of Liberty (A Private Organization, A Private**
**Contract Trust)**
**3109 West 50th Street #314**
**Minneapolis, Minnesota [55410]**

**RE: For the opening of Miscellaneous file $39.00** (to file or index any document
not  related to a pending case or proceeding, in accordance with 28 U.S.C. § 1914(b)

     Placed a true and exact copy of the following document(s):

1.) $39.00 US Bank, Cashiers Check # 437001350 with copy of Miscellaneous
     Fee Sheet(s)

2.) $14.00 Money Gram Money Order #R103892818458 requesting a certified
     copy of: Verified Affidavit of Public Recordings (opening Document to
     file/index)

     <u>Two Original copies of the following named documents:</u>

3.) This Affidavit of Service

4.) Miscellaneous File Cover Sheet

5.) Verified Presentment Under Notary Seal

6.) Verified Affidavit of Public Recordings (opening Document to file/index)

_____

Todd J Knutson / Notary Witness          Seal

**Jurat**

State of Minnesota  )
                  )ss
County of Hennepin )

TODD JUSTIN KNUTSON
Notary Public
Minnesota
My Comm. Expires
Jan 31, 2015

I, _Chad Letvin_____, a Notary Public, did upon proper

identification, witness this document being subscribed, affirmed and sworn to

before me by Todd J Knutson on _April 22, 2011_____ and I did witness

his signature on the above affidavit, therefore, WITNESS my hand and official

seal.

_____

     Notary Public                        Seal

My commission expires: _1/31/2015_____

Chad Letvin
Notary Public
Minnesota
Commission #31038951
My Commission Expires 01/31/2015

Document Drafted By:
Todd J. Knutson, Notary
 40 South 7th Street Suite 156-212
Minneapolis, Minnesota 55402

UPS Worldwide Express
UPS 2nd Day Air®

**Apply shipping documents on this side.**

Do not use this envelope for:

pedited®

171604 REV. 9/05 LPS

https://www.ups.com/uis/create?ActionOriginPair=print ___ Receipt&POPUP_LEVEL=1&P.



```
TODD J KNUTSON                              1 LBS              1 OF 1
612-251-1041
TODD KNUTSON, NOTARY PUBLIC
40 SOUTH 7TH STREET
MINNEAPOLIS MN 55402

SHIP TO:
    ROBERT J PHELPS & BRYAN J BLOUGH
    UNITED STATES FEDERAL DIST COURT
    OFFICE OF THE CLERK
    4200 C STREET SOUTH WEST
    CEDAR RAPIDS  IA 52404-7459
```



IA 524 0-10

**UPS GROUND**
TRACKING #: 1Z 6X5 76R A8 9378 3360



BILLING: P/P
ADULT SIGNATURE REQUIRED-MIN 21

UIS 13.1.13.   WXFIEED 12.0A 01/2011   

.com® or call **1-800-PICK-UPS®** (1-800-742-5877)
ule a pickup or find a drop off location near you.

```
UNITED STATES FEDERAL DIST COURT
4200 C ST SW
CEDAR RAPIDS IA 52404-7459

P: YELLOWS: WEST   I:058
4 - 6870
1Z6X576RA89378 3360
18H1A522    APR 25 0811Q102 2011
KILLP18     US 5240  HIP 10.2.1  ZE3BA24MP
```
X

Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.